HENRY H. KLEIN, Respondent, v. JOSEPH H. BIBEN, Doing Business under the Trade Name of THE AMERICAN HEBREW, Appellant, et al., Defendants.

Argued October 1, 1946; decided October 17, 1946.

*Lester Samuels, Milton C. Weisman* and *Abraham Mopper* for appellant.

*Henry H. Klein,* respondent in person.

Order affirmed, with costs. First and second questions certified answered in the affirmative. Third and fourth questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.